# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| JANET KRUCKI, | No. 1:18-cv-00318-AWI-SKO |
|---|---|
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANTS DANIEL POOLE AND PAMELA POOLE |
| QC FINANCIAL SERVICES OF CALIFORNIA, INC. dba CALIFORNIA BUDGET FINANCE, et al., | (Doc. 7) |
| Defendants. | |

On June 4, 2018, Plaintiff filed a "Notice of Voluntary Dismissal of Party Pursuant to F.R.C.P. 41(a)(1)(A)(i)," dismissing without prejudice Defendant Daniel Poole, as Trustee for the Daniel E. Poole and Pamela D. Poole Revocable Living Trust Agreement dated March 27, 2008, and Defendant Pamela Poole, as Trustee for the Daniel E. Poole and Pamela D. Poole Revocable Living Trust Agreement dated March 27, 2008. (Doc. 7.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or

| | |
|---|---|
| 1 | all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the |
| 2 | action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 |
| 3 | F.3d 688, 692 (9th Cir. 1997). |
| 4 | Because Plaintiff filed a notice of dismissal of this case without prejudice under Rule |
| 5 | 41(a)(1)(A)(i), this case has automatically terminated as to Defendant Daniel Poole, as Trustee for |
| 6 | the Daniel E. Poole and Pamela D. Poole Revocable Living Trust Agreement dated March 27, |
| 7 | 2008, and Defendant Pamela Poole, as Trustee for the Daniel E. Poole and Pamela D. Poole |
| 8 | Revocable Living Trust Agreement dated March 27, 2008. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). |
| 9 | Accordingly, the Clerk of the Court is directed to TERMINATE those defendants. |
| 10 | This case shall remain OPEN pending resolution of Plaintiff's case against the remaining |
| 11 | defendant. |

IT IS SO ORDERED.

Dated: **June 5, 2018**          /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE