UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET KRUCKI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>QC FINANCIAL SERVICES OF CALIFORNIA, INC. dba CALIFORNIA BUDGET FINANCE, et al.,<br><br>　　　　　　Defendants. | No. 1:18-cv-00318-AWI-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 15) |

On November 15, 2018, the parties filed a joint stipulation dismissing the action with prejudice.[1] (Doc. 15.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **November 19, 2018**　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the document was docketed as a "Notice of Voluntary Dismissal," but the document is captioned as a "Joint Stipulation for Dismissal with Prejudice Pursuant to F.R.Civ.P. 41(a)(1)(A)(ii)" and signed by the attorney for both parties.

2